No. 93–5715 (A–187). MINERVA, CAPITAL COLLATERAL REP-
RESENTATIVE, ET AL., AS NEXT FRIENDS TO DUROCHER *v.* SIN-
GLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.
C. A. 11th Cir.   Motion for leave to proceed *in forma pauperis*
without an affidavit of indigency executed by Michael Durocher
granted.   Certiorari dismissed.   Application for stay of execution
of sentence of death, presented to JUSTICE KENNEDY, and by him
referred to the Court, denied.   JUSTICE GINSBURG took no part
in the consideration or decision of this motion, petition, and appli-
cation.

AUGUST 26, 1993

No. D–1275.   IN RE DISBARMENT OF SEGAL.   Disbarment en-
tered.   [For earlier order herein, see 508 U. S. 970.]

No. D–1291.   IN RE DISBARMENT OF KILPATRICK.   It is or-
dered that Donald Epperson Kilpatrick, of Houston, Tex., be sus-
pended from the practice of law in this Court and that a rule
issue, returnable within 40 days, requiring him to show cause why
he should not be disbarred from the practice of law in this Court.

No. D–1292.   IN RE DISBARMENT OF ROBINSON.   It is ordered
that John M. Robinson, of Houston, Tex., be suspended from the
practice of law in this Court and that a rule issue, returnable
within 40 days, requiring him to show cause why he should not
be disbarred from the practice of law in this Court.

No. D–1293.   IN RE DISBARMENT OF DAMIANI.   It is ordered
that Richard A. Damiani, of Cleveland, Ohio, be suspended from
the practice of law in this Court and that a rule issue, returnable
within 40 days, requiring him to show cause why he should not
be disbarred from the practice of law in this Court.

No. D–1294.   IN RE DISBARMENT OF SPIES.   It is ordered that
Diane Wilp Spies, of Sherwood, Ore., be suspended from the prac-
tice of law in this Court and that a rule issue, returnable within
40 days, requiring her to show cause why she should not be
disbarred from the practice of law in this Court.

No. D–1295.   IN RE DISBARMENT OF KANALEY.   It is ordered
that John Collins Kanaley, of Syracuse, N. Y., be suspended from
the practice of law in this Court and that a rule issue, returnable